THOMPSON, Presiding Judge,
concurring in part and dissenting in part.
I agree with the main opinion except to the extent that it holds that the tax must be applied retroactively. I agree with the taxpayer that confusion existed regarding its liability for the taxes in question. Therefore, I would prospectively apply the holding of the main opinion to this taxpayer. See Wal-Mart Stores, Inc. v. City of Mobile, 696 So.2d 290 (Ala.1996) (applying a holding in a tax case prospectively); and Ex parte Sizemore, 605 So.2d 1221, 1227 (Ala.1992) (“Because of the confusion of the law in this area, we [clarify the statute] without penalizing the taxpayer in this instance. Therefore, the interpretation of the law in this case is prospective only.”).